## SHEILA M. GLEIFERT ET AL. *v.* JULIE A. PALACKO
### (14177)

Foti, Landau and Hennessy, Js.

Argued January 18—decision released February 13, 1996

*Linda Clough*, for the appellants (plaintiffs).

*A. Jeffrey Somers*, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.